


UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

08/31/2016 01:45 PM

COURTROOM 6D, 6th Floor

HONORABLE CYNTHIA JACKSON

CASE NUMBER: FILING DATE:

**6:16-bk-00894-CCJ 7 02/12/2016**

**Chapter 7**

**DEBTOR:** Peter Osborn

**DEBTOR ATTY: Steven Halim**

**TRUSTEE: Richard Webber, Trustee**

**HEARING:**

Motion by Bayview Loan for Relief from Stay (Doc #46)

Response by Trustee to Bayview Loan's Motion for Relief from Stay (Doc #50)

Prior Cases:

Case Number 14-12176, Chapter 7 filed on 10/31/2014, Dismissed for Failure to File Information on 12/01/2014.

**APPEARANCES:**: Peter D Osborn: Debtor (Not Present); Steven A Halim: Debtor Atty (Not Present); Bradly Anderson: Trustee Atty

TELEPHONIC APPEARANCE : Jason Webber: Second Lien Holders

**RULING:** Motion by Bayview Loan for Relief from Stay (Doc #46) - Granted; Trustee to be Notice if Foreclosure Sale is set; Order by Webber. Response by Trustee to Bayview Loan's Motion for Relief from Stay (Doc #50) (wc)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.