UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Peter D Osborn ) | Case # 6:16-bk-00894-CCJ |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |

TRUSTEE'S RESPONSE TO WELLS FARGO BANK'S
MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Richard B. Webber II, the duly appointed and acting Trustee in the above-captioned case, and responds to Wells Fargo Bank's Motion for Relief from Automatic Stay (Doc. # 54) filed on August 31, 2016 in regards to the real property located at 2810 LAKE HOWELL LANE, WINTER PARK, FL 32792 and states the following:

1. Trustee has obtained Court approval to employ BK Global Real Estate Services and Keller Williams Winter Park (Doc. # 43) entered on June 3, 2016 to market and conduct a short sale of the real property located at 2810 LAKE HOWELL LANE, WINTER PARK, FL 32792("Property").

2. An offer to purchase the Property has been submitted to Wells Fargo Bank for approval.

3. The Trustee hereby requests 180 days to sell the Property for the benefit of creditors and Wells Fargo Bank.

WHEREFORE, Trustee prays that he be granted 180 days to sell the Property for the benefit of creditors of this case and for all other relief as is just and proper.

Respectfully submitted this 21st day of September, 2016.

/s/ Richard B Webber II
Richard B Webber II, Esquire
Zimmerman, Kiser & Sutcliffe
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)563-4328
Facsimile: (407)425-2747
E-mail: rschohl@zkslawfirm.com

      I HEREBY CERTIFY that a true and correct copy of the foregoing **Response** has been furnished either by U. S. Mail, postage pre-paid and/or by electronic transmission to: Peter D Osborn, 2810 LAKE HOWELL LANE, WINTER PARK, FL 32792; Steven Halim, CLARK & LAGROW, PLLC, 500 WINDERLEY PLACE, UNIT 100, MAITLAND, FL 32751; United States Trustee, 400 W. Washington St., Ste. 1100, Orlando, Florida 32801; and all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and on this September 21, 2016.

                                                                  /s/ Richard B. Webber II, Trustee
                                                                   Richard B. Webber II, Trustee