**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                                 Case No. 6:16-bk-00894-CCJ
                                                                              Chapter 7
PETER D OSBORN,

        Debtor.
_____/

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING**

**I HEREBY CERTIFY** that a true and correct copy of the *Notice and Order Scheduling Preliminary Hearing on Motion for Relief from the Stay* [D.E. #59] for the *Motion for Relief from Automatic Stay* filed Wells Fargo Bank, N.A. [D.E. #54] was served via U.S. Mail, first-class postage prepaid, on September 23, 2016, upon:

Peter D Osborn
2810 Lake Howell Lane
Winter Park, FL 32792

All CM/ECF users were served electronically on September 22, 2016.

                                                 Respectfully Submitted:

                                                 /s/ Rachel L. Ahlum
                                                 Rachel L. Ahlum
                                                 Bar No.: 91291
                                                 Attorney for Secured Creditor
                                                 Aldridge Pite, LLP
                                                 Fifteen Piedmont Center
                                                 3575 Piedmont Road, N.E., Suite 500
                                                 Atlanta, GA 30305
                                                 Phone: (404) 994-7400
                                                 Fax: (888) 873-6147