

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/05/2016 01:45 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:16-bk-00894-CCJ | 7 | 02/12/2016 |

Chapter 7

**DEBTOR:**     Peter Osborn

**DEBTOR ATTY:**     Brandon Stewart

**TRUSTEE:**     Richard Webber, Trustee

**HEARING:**

Motion by Wells Fargo Bank for Relief from Stay Re: 2810 Lake Howell Ln., Winter Park, Florida 32792 (Doc #54)
Response by Trustee to Wells Fargo Bank Motion for Relief from Stay (Doc #58)
Note: Discharged 5/31/16
.

**APPEARANCES:**: Bradley Anderson: Trustee Atty; Lorne Durket: Wells Fargo Atty

**RULING:** Motion by Wells Fargo Bank for Relief from Stay Re: 2810 Lake Howell Ln., Winter Park, Florida 32792   (Doc #54) - Granted; effective Sixty (60) days from date of hearing; Order by Durket.     Response by Trustee to Wells Fargo Bank Motion for Relief from Stay    (Doc #58)     (wc)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.