ORDERED.

**Dated:  October 13, 2016**

Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:                                                   Case No.6:16-bk-00894-CCJ
                                                            Chapter 7
PETER D OSBORN,

           Debtors.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**
**FILED BY WELLS FARGO BANK, N.A.**

**THIS CASE** came before the Court for hearing on October 5, 2016 upon the *Motion for Relief from Automatic Stay* filed by Wells Fargo Bank, N.A. ("Secured Creditor") [D.E. #54]. For the reasons stated orally and recorded in open Court, and based on the record, it is

           **ORDERED:**

           1.        Secured Creditor's *Motion for Relief from Automatic Stay* is granted. Relief is effective December 4, 2016. The Trustee is authorized to file a *Notice of Appearance* in the State Court proceedings to receive notices of any Foreclosure actions.

           2.        The automatic stay imposed by 11 U.S.C. §362 is terminated with respect to the real property located at **2810 Lake Howell Ln., Winter Park, Florida 32792**, legally described as:

**That portion of Section 27, Township 21 South, Range 30 East, beginning 25 feet North of the Southeast corner of the Southwest ¼ of the Southeast ¼ of the Northwest ¼, run North 1955 feet, then West 100 feet, then South 733 feet, then West 93 feet, then South 222 feet, then East 178 feet, then South 1000 feet, then East 15 feet to the Point of Beginning**

**Together with a permanent easement for road purposes and access to said property over the following land:**

**Begin 25 feet North of the Southwest corner of the East 1/3 of the West ½ of the Southeast ¼ of the Northwest ¼ of Section 27, Township 21 South, Range 30 East, run East 27 feet, North 1222 feet, West 27 feet and South 1222 feet to the Point of Beginning.**
**All lands lying, situate and being in Seminole County, Florida.**

3.      This Order Granting Motion for Relief from Stay is entered for the sole purpose of allowing Secured Creditor to pursue its lawful in rem remedies against the subject property, and Secured Creditor shall neither seek nor obtain an in personam judgment against Debtor(s).

4.      All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtor(s).

5.      Secured Creditor is awarded its attorneys' fees of $350.00 and costs of $176.00 which were incurred in filing its Motion for Relief from the Automatic Stay. The attorneys' fees and costs shall be recoverable as part of the mortgage debt pursuant to the loan documents under the available remedies available therein but shall not be a personal liability of Debtor(s).

Attorney Rachel L. Ahlum is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.