# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:                                                 Case No. 6:16-bk-00894-CCJ
                                                                                                 Chapter 7

PETER D OSBORN,

        Debtor.
_____/

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Motion for Relief from Automatic Stay* [D.E. #62] for the *Motion for Relief from Automatic Stay* filed by Wells Fargo Bank, N.A. [D.E. #54] was served via U.S. Mail, first-class postage prepaid, on October 14, 2016, upon:

Peter D Osborn
2810 Lake Howell Lane
Winter Park, FL 32792

All CM/ECF users were served electronically on October 13, 2016.

                                                                  Respectfully Submitted:

                                                                  /s/ Brandi Lesesne
                                                                  Brandi Lesesne
                                                                  Bar No.: 65477
                                                                  Attorney for Secured Creditor
                                                                  Aldridge Pite, LLP
                                                                  Fifteen Piedmont Center
                                                                  3575 Piedmont Road, N.E., Suite 500
                                                                  Atlanta, GA 30305
                                                                  Phone: (404) 994-7400
                                                                  Fax: (888) 873-6147