UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Peter D Osborn | ) | CASE NO. 6:16-bk-00894-CCJ |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |

PROOF OF SERVICE

I hereby certify that a true and correct copy of the ORDER GRANTING TRUSTEE'S MOTION TO SELL (Doc. # 67) was served by electronic notice, if registered in the Electronic Case Filing System, otherwise by first class postage prepaid U.S. Mail on January 18, 2017 to the creditors and interested parties on the attached mailing matrix.

Respectfully submitted,

 /s/Richard B. Webber II
Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL 32802-3000
Phone: 407-425-7010
E-mail: rwebber@zkslawfirm.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:16-bk-00894-CCJ<br>Middle District of Florida<br>Orlando<br>Wed Jan 18 07:53:44 EST 2017 | Peter D Osborn<br>2810 Lake Howell Lane<br>Winter Park, FL 32792-5718 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | PYOD, LLC its successors and assigns as assi<br>of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Seminole County Tax Collector<br>Attn:  Ray Valdes<br>Post Office Box 630<br>Sanford FL 32772-0630 | End of Label Matrix<br>Mailable recipients    6<br>Bypassed recipients    0<br>Total                  6 | |